**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 25-16-DLB-EBA**

**ADRIAN MEEKS**                                                                               **PLAINTIFF**


**v.**                                                      **ORDER**


**SCOTT REESE, et al.**                                                             **DEFENDANTS**

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 19), wherein he recommends that the Defendants Nikki Burke and Scott Reese's Motions to Dismiss (Doc. # 14 and 16) be granted.  Following entry of the R&R, Plaintiff filed an "Appeal for Motion to Dismiss" (Doc. # 20) which this Court construes as his objection to the R&R.

Notably, Plaintiff did not respond to either motion. Having failed to respond to motions, Plaintiff now objects.  A party's failure to present an argument to a magistrate judge waives that argument on review by a district court. *See United States v. Waters*, 158 F.3d 933, 936 (6th Cir.1998) ("issues raised for the first time in objections to magistrate judge's report and recommendation are deemed waived)(internal citations omitted). Hence, Petitioner's failure to raise his arguments before the magistrate judge constitutes waiver and, as such, his objection is without merit.

The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised, **ORDERS** as follows:

1

    (1)    The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 19),

is hereby **ADOPTED** as the Opinion of law of the Court;

    (2)    Defendant Nikki Burke's Motion to Dismiss (Doc. # 14 is **GRANTED**;

    (3)    Defendant Scott Reese's Motion to Dismiss (Doc. # 16) is **GRANTED**; and

    (4)    Plaintiff's construed objections (Doc. # 20) are **OVERRULED**.

This 26th day of March, 2026.

Signed By:

_David L. Bunning_

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2025\25-16 Order Adopting R&R.docx

2